IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TECUMSEH POULTRY LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>PERDUE HOLDINGS, INC. and<br>PERDUE FARMS, INC.,<br><br>    Defendants. | 4:12CV3032<br><br>ORDER |

    This matter is before the Court on the parties' joint stipulation for dismissal without prejudice (filing 43). The parties have stipulated that each will bear its own costs and attorney fees, and that the case will be dismissed without prejudice. Accordingly,

    IT IS ORDERED:

    1.    The parties' joint stipulation for dismissal (filing 43) is accepted;

    2.    The case is dismissed, without prejudice, each party to bear its own costs and attorney fees; and

    3.    A separate judgment will be issued.

    DATED this 22nd day of October, 2012.

                                                  BY THE COURT:

                                                  John M. Gerrard
                                                  United States District Judge